UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sherry Richter,

Plaintiff,

v.

The Wackenhut Corporation,

Defendant.

File No. 01-220 PAM/JGL

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

WHEREAS, the parties hereto desire, by execution hereof, to fully and finally resolve the subject matters of this action;

NOW, THEREFORE, it is stipulated and agreed between the plaintiff and defendant and any and all of their heirs, successors and assigns, that the above-entitled action, may be and hereby is dismissed with prejudice, and on the merits, without further costs to any party and that a judgment of dismissal with prejudice, and on the merits may be entered pursuant to this Stipulation and without further notice.

Dated: 5-5-01

Lori Peterson (212490)
Tracy N. Tool (213514)
Attorneys for Plaintiff
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 321-0606

Dated: 5/14/01

Christopher J. Harristhal (175754)
LARKIN, HOFFMAN, DALY & LINDGREN, LTD.
Attorneys for Defendant
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431
(952) 835-3800

FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

::ODMA\PCDOCS\LIB1\673391\1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sherry Richter,

Plaintiff,

v.

The Wackenhut Corporation,

Defendant.

File No. 00-1530 JMR/FLN

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Upon the foregoing Stipulation, IT IS HEREBY ORDERED:

That a judgment of dismissal with prejudice and on the merits without cost to any party be entered in the above-entitled action.

DATED: May 28, 2001

BY THE COURT:

United States District Court Judge

::ODMA\PCDOCS\LIB1\673392\1

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________